# EXHIBIT A









Page 4





