# EXHIBIT B





URL: https://chapmanmanorlutz.com/#gallery
Screenshot Taken: 2025-03-06 17:13 (Europe/Berlin)    Case ID: CAS-131362    URL ID: UID-01050450    IP Addresses: Client "82.163.201.34" contacted server "chapmanmanorlutz.com" at "172.67.204.193".



"Mo[...] [...] em in your short list. Staff are fantastic and facility is well kept." ~ Anne S., Family Member of Resident

**URL:** https://chapmanmanorlutz.com/#gallery

**Screenshot Taken:** 2025-03-06 17:13 (Europe/Berlin)   **Case ID:** CAS-131362   **URL ID:** UID-01050452   **IP Addresses:** Client "82.163.201.34" contacted server "chapmanmanorlutz.com" at "172.67.204.193".



URL: https://chapmanmanorlutz.com/#gallery
Screenshot Taken: 2025-03-06 17:13 (Europe/Berlin)    Case ID: CAS-131362    URL ID: UID-01050454    IP Addresses: Client "82.163.201.34" contacted server "chapmanmanorlutz.com" at "172.67.204.193".

Page 4



URL: https://chapmanmanorlutz.com/#gallery
Screenshot Taken: 2025-03-06 17:14 (Europe/Berlin)     Case ID: CAS-131362     URL ID: UID-01050456     IP Addresses: Client "82.163.201.34" contacted server "chapmanmanorlutz.com" at "172.67.204.193".



URL: https://chapmanmanorlutz.com/#gallery
Screenshot Taken: 2025-03-06 17:14 (Europe/Berlin)   Case ID: CAS-131362   URL ID: UID-01050458   IP Addresses: Client "82.163.201.34" contacted server "chapmanmanorlutz.com" at "172.67.204.193".



URL: https://chapmanmanorlutz.com/#gallery
Screenshot Taken: 2025-03-06 17:15 (Europe/Berlin)   Case ID: CAS-131362   URL ID: UID-01050460   IP Addresses: Client "82.163.201.34" contacted server "chapmanmanorlutz.com" at "172.67.204.193".