# EXHIBIT C



Chapman Manor Assisted Living
www.oasissenioradvisors.com/community-guide/florida/lutz/chapman-manor-assisted-living-memory-care/
oasis
SENIOR ADVISORS
Oasis Senior Advisors
Change Location
Home
About Oasis
Locations
Community Guide
Senior Resources
Partners
Media
Contact Us
Franchise Opportunities

**URL:** https://www.oasissenioradvisors.com/community-guide/florida/lutz/chapman-manor-assisted-living-memory-care/

**Screenshot Taken:** 2026-01-22 14:21 (Europe/Budapest) **Case ID:** CAS-131362 **URL ID:** UID-01075928 **IP Addresses:** Client "89.134.28.21" contacted server "www.oasissenioradvisors.com" at "18.239.255.17".







