**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**SCOTT HARGIS, d/b/a SCOTT HARGIS PHOTO, an Individual,**

**Plaintiff,** **CASE NO: 8:26-00229-WFJ-LSG**

**v.**

**CHAPMAN MANOR AT LUTZ, LLC, a Florida limited liability company; and DOES 1010, inclusive,**

**Defendants.**

---

**NOTICE OF APPEARANCE OF COUNSEL**

Amber N. Davis of the law firm Wolter Van Dyke Davis, PLLC hereby gives notice of appearance as lead counsel on behalf of Defendant, Chapman Manor at Lutz, LLC, and requests that copies of all pleadings, notices, orders, and other papers in this cause be henceforth provided.

Dated this 4th day of March, 2026.

Respectfully submitted,

WOLTER VAN DYKE DAVIS, PLLC
1900 Summit Tower Boulevard, Suite 140
Orlando, FL 32810
Telephone: (407) 926-7700
Facsimile: (407) 926-7720
Email: adavis@savvyiplaw.com
***Counsel for Chapman Manor at Lutz, LLC***

By: */s/ Amber N. Davis*
Amber N. Davis
Florida Bar No. 26628

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above has been filed through the Court's CM ECF electronic filing system this 4th day of March, 2026 which will send notice by electronic mail to: John Tehranian, Esquire (jtehranian@onellp.com); Kurt Schuettinger, Esquire (kschuettinger@onellp.com); and, Jennifer A. Mauri, Esquire, (jmauri@onellp.com); One LLP, 23 Corporate Plaza, Suite 150-105, Newport Beach, CA 92660.

*s/ Amber N. Davis*
Attorney